IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRIOSIM CORPORATION                                                    PLAINTIFF

v.                              Case No. 4:26-cv-4045

CLINT YOUNG; and
M&S RELIABILTY GROUP, LLC                                              DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Extend TRO and Reschedule Hearing.  ECF No. 16.  On June 25, 2026, the Court granted in part Plaintiff's Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction.  ECF No. 11.  The Court granted the request for a TRO and held the request for a preliminary injunction in abeyance until a hearing scheduled for July 9, 2026.  Pursuant to Federal Rule of Civil Procedure 65(b)(2), the TRO would be in place for fourteen (14) days.

In the instant motion, the parties seek to extend the TRO and reschedule the hearing on Plaintiff's request for a preliminary injunction.  The parties explain that they are working on the terms of a Consent Preliminary Injunction and that the extension they request would permit time to finalize the terms of the agreed injunction.  Thus, the parties request that the TRO be extended for no more than thirty (30) days and that the hearing on Plaintiff's request for a preliminary injunction be reset for a date after July 23, 2026, but no later than August 8, 2026.

Upon review, the Court finds that the parties have shown good cause for the instant motion. An order issuing a TRO expires after 14 days, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."  Fed. R. Civ. P. 65(b)(2).  Defendants consent to a thirty-day extension, which would permit the parties time to finalize the terms of an agreed injunction.  Accordingly, the parties' Joint Motion to Extend TRO

and Reschedule Hearing (ECF No. 16) is hereby **GRANTED**.  Pursuant to Rule 65(b)(2), the TRO the Court previously issued (ECF No. 11) is hereby extended for thirty (30) days to August 8, 2026.  The hearing previously scheduled for July 9, 2026, is canceled.  The Court will reschedule the hearing on Plaintiff's request for a preliminary injunction at a later date, if necessary.[1]

      **IT IS SO ORDERED**, this 8th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] A joint motion from the parties for the entry of an agreed injunction could moot Plaintiff's previous motion for an injunction and obviate the need for a hearing.  *See Polaris Home Funding Corp. v. Ellis*, Case No. 1:25-cv-385, 2026 WL 1168876, *1-2 (S.D. Ohio Apr. 29, 2026) (granting a joint motion for an agreed injunction and mooting the plaintiff's prior motion for a preliminary injunction).